WEST HIGHLAND SAVINGS & LOAN ASSOCIATION, Plaintiff-Appellee, *v.* HOWARD W. WITTMER *et al.,* Defendants-Appellants.

(No. 54233; ▮)

First District—January 10, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

Thomas M. Monahan, of Chicago, for appellants.

Ruff and Grotefeld, of Chicago, (Daniel J. Emmett and William B. Weidenaar, of counsel,) for appellee.